IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR R. REYNOSO,<br>Plaintiff,<br>vs.<br><br>ERIC H. HOLDER, JR.,<br>United States Attorney General,<br>Defendant. | CIVIL NO. 10-2583<br><br>FILED<br>AUG 1 8 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 18th day of August, 2010, upon consideration of Defendant's Motion to Dismiss [Doc. No. 4] and Plaintiff's Complaint [Doc. No. 1], and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The above-captioned matter is **DISMISSED** for lack of subject matter jurisdiction. The Clerk of Court shall mark this case **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.